1  JOSEPH A. MANDOUR, III (SBN 188896)
   GORDON E. GRAY (SBN 175209)
2  BEN T. LILA (SBN 246808)
3  MANDOUR & ASSOCIATES, APC
   16870 West Bernardo Drive, Suite 400
4  San Diego, CA 92127
   Telephone:  (858) 487-9300
5  Facsimile: (858) 487-9390
6  jmandour@mandourlaw.com

7  Attorneys for plaintiff,
   WALTER L. MITCHELL III
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 WALTER L. MITCHELL III, an        )  Civil Case No. _____ SACV11-00534   MLG
   individual,                       )
13                                    )
                                      )  COMPLAINT FOR COPYRIGHT
14      Plaintiff,                    )  INFRINGEMENT AND OTHER
                                      )  RELIEF
15      v.                            )
16                                    )
   3PL SYSTEMS, INC., a California    )  DEMAND FOR JURY TRIAL
17 Corporation,                       )
                                      )
18      Defendant.                    )
19                                    )
                                      )
20                                    )
                                      )
21                                    )

22      Plaintiff WALTER L. MITCHELL III (hereinafter "plaintiff" or "MR. MITCHELL"),

23 by and through its counsel, alleges against defendant 3PL SYSTEMS, INC. (hereinafter

24 "defendant" or "3PL SYSTEMS") as follows:

25                    **NATURE OF THE ACTION**

26      1.     This is an action for copyright infringement pursuant to 17 U.S.C. § 501, *et seq.*

27 and unfair competition under state law and common law.

28

**THE PARTIES**

2.      Plaintiff WALTHER L. MITCHELL III is an individual residing in Irvine, California.

3.      On information and belief, defendant 3PL SYSTEMS is or purports to be a corporation organized and existing under the laws of the State of California.

**JURISDICTION AND VENUE**

4.      This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338 because the action arises under the copyright laws of the United States, and pendant jurisdiction of any and all state causes of action under 28 U.S.C. § 1367.

5.      This Court has personal jurisdiction over 3PL SYSTEMS because, on information and belief, 3PL SYSTEMS resides and transacts business in the Central District of California.  Further, on information and belief, the defendant systematically and continuously directs business activities toward and into the Central District of California through advertisements, promotions, sales, and through a publicly accessible online website.

6.      Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim for copyright infringement and unfair competition occurred in this district and 3PL SYSTEMS resides in the district.

**FACTS**

7.      Marc Meskin and Robby Thone were part owners of a corporation called Freightsaver.com, Inc. in 2000.  Freightsaver.com, Inc. hired MR. MITCHELL as an independent contractor, along with other individuals, to create a software package and website referred to as "Freightsaver.com" from 2000 to 2001.  However, the Freightsaver.com software package was never completed.  Instead, it was merely a framework.

8.      In 2002, Messrs. Meskin and Thone, now operating another corporation named DTM Services Inc. dba Diversified Transportation Services (hereinafter "DTS"), purchased the

Freightsaver.com software framework.  DTS then hired MR. MITCHELL as an independent contractor to change the Freightsaver.com framework to a finished software package.  However, it became clear that MR. MITCHELL would need to create a new software program to be called "Transportation Management System".  MR. MITCHELL did not use the code from the Freightsaver.com framework.  A true and correct copy of a "Letter of Understanding" for the "Freightsaver Software Program Proposal" is attached hereto as Exhibit A.

9.      In 2003, MR. MITCHELL and Messrs. Meskin and Thone decided that rather than merely have MR. MITCHELL create a new software program for DTS, the three men would create a new company to market and license the new software program, namely 3PL SYSTEMS.  In October 2003, MR. MITCHELL and Mr. Meskin entered into another "Letter of Understanding" regarding a "Software Development Proposal" wherein Messrs. MITCHELL, Meskin and Thone would become owners of the new company and MR. MITCHELL would also be paid separately as an independent contractor to create and develop the "Transportation Management System".  However, the ownership shares of 3PL SYSTEMS were subsequently renegotiated as shown in paragraph 14.  A true and correct copy of the October 2003 "Letter of Understanding" is attached hereto as Exhibit B.

10.     From 2002 to 2005, MR. MITCHELL authored, created and developed an original computer program work entitled "Transportation Management System" (hereinafter "TMS" or "the Software").  The first working release of the Software was licensed to DTS and implemented on or about January 1, 2005.  The Software is copyrightable subject matter under the laws of the United States.

11.     MR. MITCHELL legally owns the Software, all of the exclusive copyrights therein and is entitled to copyright protection.  On or about February 22, 2005, MR. MITCHELL submitted the Software to the U.S. Copyright Office for registration.  MR. MITCHELL complied in all respects with the registration and deposit requirements of the Act.  A true and correct copy of U.S. Copyright Office Certificate of Registration No. TXu 1-2-3-899 is attached hereto as Exhibit C.

12.     On or about June 1, 2005, MR. MITCHELL, Marc Meskin and Robby Thone incorporated 3PL SYSTEMS under the laws of the State of California.  At no time has MR. MITCHELL entered into a "WORK FOR HIRE" agreement regarding copyright ownership of TMS with 3PL SYSTEMS.  At no time has MR. MITCHELL assigned any of his copyrights to 3PL SYSTEMS.

13.     MR. MITCHELL and Messrs. Meskin and Thone were appointed directors of 3PL Systems.  Mr. Meskin was appointed president, and Mr. Thone was appointed vice-president of 3PL Systems.  MR. MITCHELL was appointed secretary of 3PL Systems.

14.     MR. MITCHELL and Messrs. Meskin and Thone further issued fractional shares of the corporation as follows:

Marc Meskin and Jolene Meskin: 3500 shares;

Walter Mitchell and Kim Mitchell: 3500 shares; and

Robby Thone and Bridgette Thone: 3000 shares.

15.     MR. MITCHELL continued to develop and improve TMS as an independent contractor for 3PL SYSTEMS.  On or about June 26, 2007, MR. MITCHELL submitted the latest version of the Software to the U.S. Copyright Office for registration. MR. MITCHELL complied in all respects with the registration and deposit requirements of the Act.  A true and correct copy of U.S. Copyright Office Certificate of Registration No. TX 6-645-508 is attached hereto as Exhibit D.

16.     In or about November 2007, plaintiff became an employee of 3PL Systems. From June 2005 to the present, 3PL Systems has used the Software in the operation of its business.  In consideration for his continued employment, MR. MITCHELL licensed TMS to 3PL Systems.  On or about March 17, 2011 defendants discharged plaintiff's employment without good cause and terminated its license for the Software.  However, 3PL SYSTEMS continues to use, sell and offer to sell TMS to customers.  3PL SYSTEMS now refers to TMS by the name "BrokerWare."

17.     3PL SYSTEMS' wrongful activities are, on information and belief, willful in

nature.  Defendant adopted and continued to use plaintiff's copyrighted materials with full knowledge of plaintiff's rights.  On information and belief, 3PL SYSTEMS acted knowingly to infringe on the rights of plaintiff, or with callous disregard for the rights of plaintiff.

## CLAIMS FOR RELIEF

### First Claim for Relief

#### (Copyright Infringement)

18.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 17 of the Complaint as though fully set forth herein.

19.     At all times relevant hereto, plaintiff has been the owner of all copyright rights or rights to assert copyright claims for the Software and all derivative works.  Plaintiff further holds copyright registration certificates from the United States Copyright Office for the Software.

20.     Without authorization, 3PL SYSTEMS used, copied, reproduced, and republished the copyrighted Software.  3PL SYSTEMS' copying, reproduction, and republication were commercial in character and purpose.  3PL SYSTEMS either completely or substantially used plaintiff's copyrighted Software.

21.     Plaintiff did not authorize Defendants' copying, displaying, or republishing of the works.  3PL SYSTEMS infringed the copyrights of Plaintiff's creative works by reproducing, republishing, publicly displaying, and creating derivates of the works.

22.     As a result of 3PL SYSTEMS' infringement, plaintiff has suffered, and will continue to suffer, substantial losses, including but not limited to damage to his business reputation and goodwill.

23.     3PL SYSTEMS knew the infringed works belonged to plaintiff and that they did not have authorization to exploit plaintiff's works.  3PL SYSTEMS' infringements were therefore willful.

24.     On information and belief, 3PL SYSTEMS induced, caused and materially

1  contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting

2  others to reproduce and republish plaintiff's works.  Further, on information and belief, 3PL

3  SYSTEMS had knowledge of the infringing acts of others relating to plaintiff's copyrighted

4  work.

5       25.    On information and belief, 3PL SYSTEMS has the right and ability to control the

6  infringing acts of the individuals and entities that directly infringed Plaintiff's works.  Further,

7  on information and belief, 3PL SYSTEMS obtained a direct financial benefit from the

8  infringing activities of the individuals or entities that directly infringed Plaintiff's works.

9       26.    3PL SYSTEMS' actions, as set forth above, constitute copyright infringement in

10  violation of the Copyright Act, 17 U.S.C. § 501, *et seq.*, all to the damage of plaintiff as

11  previously alleged.

12  **Second Claim of Relief**

13  **(Unfair Competition)**

14       27.    Plaintiff repeats and incorporates by reference the statements and allegations in

15  paragraphs 1 to 26 of the Complaint as though fully set forth herein.

16       28.    3PL SYSTEMS' acts, as set forth above, constitute unfair competition as defined

17  in California Business and Professions Code § 17200, *et seq.*, all to the damage of plaintiff as

18  previously alleged.

19  **Third Claim of Relief**

20  **(Unfair Competition)**

21       29.    Plaintiff repeats and incorporates by reference the statements and allegations in

22  paragraphs 1 to 28 of the Complaint as though fully set forth herein.

23       30.    Defendants' acts, as set forth above, constitute unfair competition as defined

24  under California common law, all to the damage of plaintiff as previously alleged.

25

26  **PRAYER FOR RELIEF**

27      WHEREFORE, Plaintiff asks that this Court grant judgment against 3PL SYSTEMS for

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND OTHER RELIEF
DEMAND FOR JURY TRIAL

the following:

    A.    3PL SYSTEMS, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from:

        i.    infringing plaintiff's copyrighted works;

        ii.    competing unfairly with plaintiff in any manner, including infringing any of plaintiff's copyright rights; and

        iii.    conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above.

    B.    3PL SYSTEMS, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, deliver for destruction, or show proof of destruction of, any and all products, labels, signs, prints, packages, wrappers, receptacles, and advertisements, and any other materials in their possession or control that depict or reference the any of plaintiff's copyrighted materials or any other confusingly or substantially similar trademark, and any materials or articles used for making or reproducing the same.

    C.    3PL SYSTEMS file with the Court and serve on plaintiff, within 30 days after the entry and service on 3PL SYSTEMS of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which Defendants have complied with the provisions of subparagraphs (A) and (B) above.

    D.    Plaintiff recover all damages it has sustained as a result of 3PL SYSTEMS' copyright infringement and unfair competition.

    E.    Plaintiff be awarded 3PL SYSTEMS' profits and enhanced damages.

    F.    An accounting be directed to determine 3PL SYSTEMS' profits resulting from their infringement and unfair competition and that the profits be paid over to plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

    G.    Plaintiff be awarded statutory damages.

H.      Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

I.      Plaintiffs recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

J.      Plaintiff be awarded punitive damages pursuant to, *inter alia*, California common law, Business and Professions Code § 14250, and any other relevant statute.

K.      Plaintiff receive all other relief the Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: April 6, 2011                        MANDOUR & ASSOCIATES, APC

Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for plaintiff,
WALTER L. MITCHELL III

**EXHIBIT A**

EXHIBIT A

## LETTER OF UNDERSTANDING

### FREIGHTSAVER SOFTWARE PROGRAM PROPOSAL

Whereas, the rights to the software program known as "Freightsaver.com" are collectively owned by the following individuals:

| | |
|---|---|
| Walter Schwab | -20% |
| Bill Suwara | -20% |
| Marc Meskin and Robby Thone | -20% |
| Ryan Renne | -10% |
| Walter Mitchell | -10% |
| Roland Sunga | - 5% |
| Unassigned | -15% |

Diversified Transportation Services wishes purchase the framework of the incomplete Freightsaver.com software package for the purpose of converting the product to a comprehensive transportation software brokerage product. It is estimated that the cost to complete the project will be roughly $100-110,000 (not including Diversified Transportation resources) and that it will take 7-10 months.

In consideration for the release of the rights to the Freightsaver.com program, Diversified Transportation Services proposes the following:

- A total of $10,000 (lump sum) cash payment to be paid for the rights to the software. Amounts to be distributed to the individuals listed above in accordance with the percentage ownership outlined.

    -Any individual or group may forfeit up front cash payment in return for future use of newly completed transportation brokerage software will be available to all Freighsaver.com principals at significantly reduced price.  *CASH PAYMENT DECLINED*

- In the event that the newly created transportation brokerage software is marketed, a new enterprise will be established and will include all initial owners of Freighsaver.com software. Percentage ownership in new transportation brokerage software marketing enterprise will be determined by the additional costs incurred in software development.

If the proposal outlined above is acceptable please indicate your acceptance below.

Walter Mitchell _____ Date  8/8/2002

- 10 -

EXHIBIT A

**EXHIBIT B**

EXHIBIT B

# LETTER OF UNDERSTANDING

### Software Development Proposal

This proposal is for the continued development and future intentions of the transportation brokerage office management software (referred to as TMS).

At the time that the TMS is marketed and sold a new enterprise will be formed with the following ownership:

Marc Meskin and Robby Thone          70%
    (24% for time and effort, 44% for current and future capital investment, 2% for existing freightsaver.com ownership)
Walter Mitchell          25%
    (24% for time and effort, 1% for existing freightsaver.com ownership)
Bill Suwara (from freightsaver.com)          2%
Buster Schwab (from freightsaver.com)          2%
Ryan Renne (from freightsaver.com)          1%
Roland Sunga (from freightsaver.com)          0%

Additionally, Walter Mitchell will be granted a contract for the continued development of the software. The contract will be for 6 months at $3,500.00 per month. The contract will start on November 1st 2003 and terminate on April 30th 2004. After the end of 6 months this contract can be renegotiated with the following considerations:

- If a new enterprise is formed then an agreed upon salary will be provided to Walter Mitchell for the continued development, project management, and implementation of the software. The terms of the salary will be determined at the time that formation of the new enterprise and will include a provision based on the success of the software.
- If continued development is requested and an enterprise is not formed both parties (Walter Mitchell and Marc Meskin) will agree to terms to extend the contract. This will include consideration for other installations of the software to help subsidize the cost of the contract.
- Walter Mitchell will have exclusive rights to develop and manage the development of the TMS software.

If the proposal outlined above is acceptable please indicate acceptance below.

Walter Mitchell                                          Date   10/21/03

Marc Meskin                                          Date   10/21/03

10/19/2003

EXHIBIT B

**EXHIBIT C**

EXHIBIT C

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 223 – 899**

EFFECTIVE DATE OF REGISTRATION

2 / 22 / 05
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

Transportation Management System

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a** NAME OF AUTHOR ▼

Walter Lee Mitchell III

DATES OF BIRTH AND DEATH
Year Born ▼  1975    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001  2002◄Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Walter Lee Mitchell III
23498 Via Jacinto
Aliso Viejo CA 92656

See instructions before completing this space.

APPLICATION RECEIVED
FEB 22 2005
ONE DEPOSIT RECEIVED
FEB 22 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

---

EXHIBIT C

*Added by C O  from copy

| | |
|---|---|
| EXAMINED BY _mu_ | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes,  give  Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Walter Lee Mitchell III
23486 Via Jacinto
Aliso Viejo, CA 92656

Area code and daytime telephone number ▶ 949-951-6436                Fax number ▶

Email ▶ WalterLMitchellIII@excite.com

b

**CERTIFICATION*** I the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _____
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Walter Lee Mitchell III                        Date ▶ 1/26/2005

Handwritten signature (X) ▼

X _[signature]_

| | |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼  Walter L Mitchell III |
| | Number/Street/Apt ▼  23486 Via Jacinto |
| | City/State/ZIP ▼  Aliso Viejo, CA 92656 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to  Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev  July 2003—xxx   Web Rev  July 2003   ⊕ Printed on recycled paper                                        U S Government Printing Office  2000-461 113/20 021

EXHIBIT C

**EXHIBIT D**

EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGIST.**   TX 6-645-508

EFFECTIVE DATE OF REGISTRATION

**JUN 26 2007**

Month   Day   Year

RATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼
3PL Systems - Transportation Management System

PREVIOUS OR ALTERNATIVE TITLES ▼
Transportation Management System

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**   NAME OF AUTHOR ▼
Walter Lee Mitchell III

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1975

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2005   ◀ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 22   Year ▶ 2005
United States   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Walter Lee Mitchell III
45 Golden Glen
Irvine, CA 92604

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
OCT 1 6 2007
ONE DEPOSIT RECEIVED
JUN 26 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT D

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TXul-223-899    **Year of Registration** ▶ 2005

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

This is a new version of the software with substantial additions and updates.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Many enhancements have been made including revisions and additions to text and screen displays.

**a  6  b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Walter Lee Mitchell III
45 Golden Glen
Irvine, CA 92604

Area code and daytime telephone number ▶ 714-357-6436        Fax number ▶ 800-322-4439
Email ▶ walterlmitchell3@excite.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Walter Lee Mitchell III        Date ▶ October 3 2007

Handwritten signature ▼

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Walter Lee Mitchell III |
| --- | --- |
| | Number/Street/Apt ▼ 45 Golden Glen |
| | City/State/Zip ▼ Irvine, CA 92604 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev. 11/2006   Print: 11/2006—30,000   Printed on recycled paper        U.S. Government Printing Office: 2006-xx-xxx/60,xxx

EXHIBIT D

Joseph A. Mandour (SBN 188896)
Ben T. Lila (SBN 246808)
Mandour & Associates, APC
16870 W. Bernardo Drive, Suite 400
San Diego, California, 92127
(858) 487-9300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL III, an individual,<br><br><br>PLAINTIFF(S)<br>v.<br><br>3PL SYSTEMS, INC., a California Corporation,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV11-00534   MLG**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): 3PL Systems, Inc.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Joseph A. Mandour _____, whose address is Mandour & Associates, APC, 16870 W. Bernardo Dr., Ste. 400 San Diego, CA, 92127 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **APR -7 2011** _____

By: _____   **ROLLS ROYCE RABONZA**
Deputy Clerk

*(Seal of the Court)*   1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                   SUMMONS

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) WALTER L. MITCHELL III | DEFENDANTS 3PL SYSTEMS, INC. |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Mandour & Associates, APC, 16870 W. Bernardo Drive, Suite 400, San Diego, California 92127, (858) 487-9300 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 501, Infringement of Copyrighted Software

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☒ PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV11-00534    MLG**

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County (all defendants) | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (all claims) | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

**Note**: In land condemnation cases, use the location of the tract of land involved .

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ **Date** April 6, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |