1  BROWN, WEGNER & BERLINER LLP
   William J. Brown, Jr. (SBN 192950)
2     bill@bwb-lawyers.com
   Matthew A. Berliner (SBN 224384)
3     mberliner@bwb-lawyers.com
   Janet S. Park (SBN 263511)
4     jpark@bwb-lawyers.com
   2603 Main Street, Suite 1050
5  Irvine, California 92614
   Telephone: 949-705-0080
6  Facsimile: 949-794-4099

7  Attorneys for Defendant/Cross-Complainant
   3PL SYSTEMS, INC.
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  WALTER L. MITCHELL, III,<br>13  an individual,<br>14         Plaintiff,<br>     v.<br>15<br>16  3PL SYSTEMS, INC., a California<br>Corporation,<br>17<br>       Defendant.<br>18 | Case No.: SACV11-00534 AG(ANx)<br><br>**3PL SYSTEMS INC.'S<br>WITNESS LIST**<br><br>Final Pretrial Conf:  June 11, 2012<br>Time:            8:30 a.m.<br>Courtroom:      10D<br><br>Before the Hon. Andrew J. Guilford |
| 19  3PL SYSTEMS, INC., a California<br>corporation,<br>20<br>       Cross-Complainant,<br>21<br>     v.<br>22  WALTER L. MITCHELL, III, an<br>individual, JONATHAN LANSAGAN,<br>23  an individual, CHRISTOPHER<br>VINCIGUERRA, an individual,<br>24  TRINNOS TECHNOLOGY LLC, a<br>California Limited Liability Corporation,<br>25  and ROES 1 – 10, inclusive,<br>26         Cross-Defendants. | Complaint filed:    April 7, 2011<br>Trial date:          June 26, 2012 |

27

28

Pursuant to Local Rule 16-5, Cross-Complainant 3PL Systems, Inc. ("3PL") files its list of trial witnesses (those with asterisk, only if need arises). 3PL reserves the right to amend or supplement this Witness List prior to trial and during trial as the need arises. 3PL reserves the right to call any witness listed by the other parties. 3PL reserves the right to call additional witnesses for the purpose of providing rebuttal or impeachment testimony. 3PL objects to any witnesses not disclosed on any parties prior Preliminary Disclosures.

Cross-Complainant 3PL Systems, Inc.'s witnesses:

1.    Marc Meskin
2.    Robby Thone
3.    Walter L. Mitchell III
4.    Jonathan Lansangan
5.    Christopher Vinciguerra
6.    Richard Rzeszutek
7.    Brian Cox
8.    Brian Enright
9.    Kristen Busk
10.   Jessica Morales
11.   Zane Bermundo
12.   Patrick Harsh
13.   Daniel Ely
14.   Asoka Jayasinghe
15.   Ricky  Krantz
16.   Bill Suwara
17.   Walter "Buster" Schwab
18.   Ryan Renne
19.   Ronald Sunga
20.   Ben Carp

21.   Gay Derusha[1]

22.   Tami Potvin[2]

23.   Walter Mitchell, II

24.   Cody Saunders

25.   Christoph Riechart

26.   Arthur Koroghlian

27.   James Skorheim


DATED:  May 21, 2012                    BROWN, WEGNER & BERLINER LLP


                                        By:    /s/ Janet S. Park
                                               _____
                                               William J. Brown, Jr.
                                               Matthew A. Berliner
                                               Janet S. Park

                                        Attorneys for Cross-Complainant
                                        3PL SYSTEMS, INC.

---

[1] To the extent that any Cross-Defendant chooses to call this witness.

[2] To the extent that any Cross-Defendant chooses to call this witness.

1

## **CERTIFICATE OF SERVICE**

2

3        The undersigned hereby certifies that all counsel of record who are deemed

4    to have consented to electronic service of documents are being served with a copy

5    of the foregoing document via the Court's CM/ECF system per Local Rules.

6

7

8                                         /s/ Janet S. Park
                                        _____
9                                         JANET S. PARK

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28