```
 1  JOSEPH A. MANDOUR, III (SBN 188896)
    GORDON E. GRAY (SBN 175209)
 2  BEN T. LILA (SBN 246808)
 3  MANDOUR & ASSOCIATES, APC
    16870 West Bernardo Drive, Suite 400
 4  San Diego, CA 92127
    Telephone: (858) 487-9300
 5  Facsimile: (858) 487-9390
 6  Email: jmandour@mandourlaw.com

 7  Attorneys for plaintiff and counter-defendants,
    WALTER L. MITCHELL III, JONATHAN LANSANGAN,
 8  CHRISTOPHER VINCIGUERRA AND TRINNOS TECHNOLOGY LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL III, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>3PL SYSTEMS, INC., a California Corporation,<br><br>   Defendant.<br><br>And Related Counterclaims. | **Civil Case No. SACV11-00534 AG (ANx)**<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>**Judge: Hon. Andrew J. Guilford** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR

RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sam Muriella of Mandour & Associates, APC, with the

following address, telephone number, facsimile number, and

e-mail address:

///

////

|   |   |   |
|---|---|---|
| 1 | | 16870 Bernardo Drive, Suite 400 |
| 2 | | San Diego, California 92127 |
| 3 | | Telephone: (858) 487-9300 |
| 4 | | Facsimile: (858) 487-9390 |
| 5 | | E-Mail: smuriella@mandourlaw.com |
| 6 | hereby enters his appearance as counsel of record for plaintiff and counter-defendants. | |
| 7 | | |
| 8 | | Respectfully submitted, |
| 9 | Dated: July 17, 2012 | MANDOUR & ASSOCIATES, APC |
| 10 | | |
| 11 | | |
| 12 | | /s/ Ben T. Lila |
|    | | Ben T. Lila (SBN 246808) |
| 13 | | Attorneys for plaintiff and counter-defendants, |
|    | | WALTER L. MITCHELL III, JONATHAN |
| 14 | | LANSANGAN, CHRISTOPHER VINCIGUERRA |
|    | | AND TRINNOS TECHNOLOGY LLC |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the on July 17, 2012, I filed the foregoing: **NOTICE OF APPEARNCE OF COUNSEL** with the court's ECF System, which will serve notification on the following:

> Matthey A. Berliner
> BROWN, WEGNER & BERLINER LLP
> 2603 Main Street, Suite 1050
> Irvine, CA 92614
> Telephone (949) 705-0080
> Facsimile (949) 794-4099
> Email: mberliner@bwb-lawyers.com

By:   /s/ Ben T. Lila
      Ben T. Lila (SBN 246808)
      blila@mandourlaw.com