UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 11-0534-AG(ANx)                                         Date   Ugrvgo dgt 48, 2012

Title   WALTER L. MITCHELL III v 3PL SYSTEMS INC.

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER CONTINUING TRIAL

On the Court's own motion, and for reasons of calendar management due to other criminal and civil trials, the trial set for October 2, 2012 at 9:00 a.m. is CONTINUED to November 6, 2012 at 9:00 a.m.

                                                                                       :   0

Initials of Preparer   lmb