BROWN, WEGNER & BERLINER LLP
William J. Brown, Jr. (SBN 192950)
  bill@bwb-lawyers.com
Matthew A. Berliner (SBN 224384)
  mberliner@bwb-lawyers.com
Matthew K. Wegner (SBN 223062)
  mwegner@bwb-lawyers.com
Janet S. Park (SBN 263511)
  jpark@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, California 92614
Telephone: 949-705-0080
Facsimile: 949-794-4099

Attorneys for Defendant and Cross-Complainant
3PL SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL, III, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>3PL SYSTEMS, INC., a California Corporation,<br><br>    Defendant. | Case No.: SACV11-00534 AG(ANx)<br><br>**3PL SYSTEMS, INC.'S PROPOSED AMENDED VERDICT FORMS** |
| 3PL SYSTEMS, INC., a California corporation,<br><br>    Cross-Complainant,<br><br>  v.<br><br>WALTER L. MITCHELL, III, an individual, JONATHAN LANSAGAN, an individual, CHRISTOPHER VINCIGUERRA, an individual, TRINNOS TECHNOLOGY LLC, a California Limited Liability Corporation, and ROES 1 – 10, inclusive,<br><br>    Cross-Defendants. | Trial date:         November 6, 2012<br><br>Complaint filed:   April 7, 2011 |

Defendant and Cross-Complainant 3PL Systems, Inc. respectfully submits amended Verdict Forms.

DATED: November 12, 2012         BROWN, WEGNER & BERLINER LLP

By:   /s/ Janet S. Park
      _____
      William J. Brown, Jr.
      Matthew A. Berliner
      Matthew K. Wegner
      Janet S. Park

Attorneys for Defendant & Cross-Complainant
3PL SYSTEMS, INC.

**Negligent Misrepresentation**
(Mitchell)

We answer the questions submitted to us as follows:

1. Is Walter L. Mitchell III liable to 3PL Systems, Inc. for Negligent Misrepresentation?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

If your answer to question 1 is yes, then answer question 2.

If you answered no, go to the next form without answering question 2.

2. What are 3PL Systems, Inc.'s damages from Walter L. Mitchell III's actions?

Total Damages:    $ _____

**Breach of Fiduciary Duty**
(Mitchell)

We answer the questions submitted to us as follows:

1. Did Walter L. Mitchell III breach his fiduciary duties toward 3PL Systems, Inc.?

 \_\_\_\_\_ Yes     \_\_\_\_\_ No

If your answer to question 1 is yes, then answer question 2.
If you answered no, go to the next form without answering question 2.

2. What are 3PL Systems, Inc.'s damages from Walter L. Mitchell III's actions?

 Total Damages:   $ _____

3. Did Walter L. Mitchell III engage in a breach of fiduciary duty with malice, oppression, or fraud?

 \_\_\_\_\_ Yes     \_\_\_\_\_ No

If your answer to question 3 is yes, then answer question 4.
If you answered no, go to the next form without answering question 4.

4. What amount of punitive damages, if any, do you award 3PL Systems, Inc. for Walter L. Mitchell III's actions?

 Total Punitive Damages $ _____.

**Copyright Infringement**
(Mitchell)

We answer the questions submitted to us as follows:

1. Did Walter L. Mitchell III infringe upon 3PL Systems, Inc.'s copyrighted work?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

If your answer to question 1 is yes, then answer question 2.
If you answered no, go to the next section without answering question 2.

2. What are 3PL Systems, Inc.'s damages from Walter L. Mitchell III's actions?

    Total Damages: $ _____

3. Was Walter L. Mitchell III's Copyright Infringement done with malice, oppression, or fraud?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

If your answer to question 3 is yes, then answer question 4.
If you answered no, go to the next form without answering question 4.

4. What amount of punitive damages, if any, do you award 3PL Systems, Inc. for Walter L. Mitchell III's Copyright Infringement?

    Total Punitive Damages: $ _____

**Copyright Infringement**
(Trinnos)

We answer the questions submitted to us as follows:

1. Did Trinnos Technology LLC, through its officers, employees or agents, infringe upon 3PL Systems, Inc.'s copyrighted work?

_____ Yes   _____ No

If your answer to question 1 is yes, then answer question 2.
If you answered no, go to the next form without answering question 2.

2. What are 3PL Systems, Inc.'s damages from Trinnos Technology, LLC's actions?

Total Damages: $ _____

3. Was the Copyright Infringement done with malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Trinnos Technology LLC acting on behalf of Trinnos Technology LLC?

_____ Yes   _____ No

If your answer to question 3 is yes, then answer question 4.
If you answered no, go to the next form without answering question 4.

4. What amount of punitive damages, if any, do you award 3PL Systems, Inc. for Trinnos Technology LLC's Copyright Infringement?

Total Punitive Damages: $ _____

## Contributory Infringement
(Mitchell & Trinnos)

We answer the questions submitted to us as follows:

1. If Trinnos Technology LLC is liable for Copyright Infringement, did Walter L. Mitchell III, knowingly contribute to the infringing activity of Trinnos Technology LLC?

    _____ Yes    _____ No

If your answer to question 1 is yes, then answer question 2.
If you answered no, go to question 3 without answering question 2.

2. What are 3PL Systems, Inc.'s damages from Walter L. Mitchell III's actions?

    Total Damages: $ _____

3. If Walter L. Mitchell III is liable for Copyright Infringement, did Trinnos Technology, LLC, through its officers, employees or agents, knowingly contribute to the infringing activity of Walter L. Mitchell III?

    _____ Yes    _____ No

If your answer to question 3 is yes, then answer question 4.
If you answered no, sign the bottom of the form without answering question 4.

4. What are 3PL Systems, Inc.'s damages from Trinnos Technology, LLC's actions?

    Total Damages: $ _____

Signed: _____     Dated: _____
          Jury Foreperson

1  After all verdict forms have been signed, notify the bailiff or court attendant
2  that you are ready to present your verdict in the courtroom.