# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0534-AG(ANx) | Date | November 9, 2012 |
| Title: | WALTER L MITCHELL III, ET AL v JPL SYSTEMS INC | | |

Present: The Honorable    ANDREW J GUILFORD

| Lisa Bredahl | Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Gordon Gray, Ben Lila, Sam Muriella, Craig McLaughlin | Matthew Berliner, William Brown Jr, Matthew Wegner. Janet Park |

      Day Court Trial      4th   Day Jury Trial

\_\_\_ One day trial:  \_\_\_ Begun (1st day);  **X** Held & Continued;  \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
**X** Witnesses called, sworn and testified.  **X** Exhibits Identified  **X** Exhibits admitted.
\_\_\_ Plaintiff(s) rest.  \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).  \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.  \_\_\_ Jury retires to deliberate.  \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of  \_\_\_ plaintiff(s)  \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.  \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists  \_\_\_ Filed jury notes.  \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for _____  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).
\_\_\_ Case submitted.  \_\_\_ Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to  November 13, 2012 at 8:00 a.m.  for further trial/further jury deliberation.
**X** Other:  Court and counsel confer re jury instructions.

                                                    4 : 10

Initials of Deputy Clerk    lmb

cc: