# LIST OF EXHIBITS AND WITNESSES

| Case Number | SACV 11-534-AG(ANx) | | Judge   ANDREW J. GUILFORD |
|---|---|---|---|
| Title | WALTER L. MITCHELL  v<br><br>3PL SYSTEMS INC | | FILED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br><br>NOV 1 6 2012<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                          DEPUTY |
| Dates of Trial | November 6, 7, 8, 9, 13, 14, 15, 16, 2012 | | |
| Court Reporters | Denise Paddock | | |
| Deputy Clerk | Lisa Bredahl, Debra Beard 11/16/12 | | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Gordon Gray, Ben Lil, Sam Nuriella, Craig McLaughlin | Matthew Berliner, William Brown, Jr, Matthew Wegner, Janet Park |
| | |

| | Joint | | | |
|---|---|---|---|---|
| Ex. No. | Id. | Ev. | EXHIBIT DESCRIPTION / WITNESS | Called By |
| | | | 11/6/12 | |
| | | | Marc Meskin | X-Complt |
| | | | 11/7/12 | |
| | | | Mark Meskin (resumes) | X-Complt |
| | | | Walter Mitchell | X-Complt |
| | | | 11/8/12 | |
| | | | Walter Mitchell (resumes) | X-Complt |
| | | | Robbie Thone | X-Complt |
| | | | Arthur Koroghlian | X-Complt |
| | | | Jolene Meskin | X-Complt |
| | | | 11/9/12 | |
| | | | Jolene Meskin (resumes) | X-Complt |
| | | | Cody Saunders | X-Complt |
| | | | James Skorheim | X-Complt |
| | | | 11/13/12 | |
| | | | James Skorheim (resumes) | X-Complt |
| | | | Christopher Vinciguerra | X-Complt |
| | | | Jonathan Lansangan | X-Deft |
| | | | | |
| | | | | |
| | | | | |

G-65   (10/97)                    LIST OF EXHIBITS AND WITNESSES

List of exhibits, showing which exhibits may be received into evidence without objection.

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Christopher Vinciguerra Resignation letter dated April 22, 2011 | | No objection |
| 2 | 3PL Systems, Inc.'s Request for Production of Documents to Christopher Vinciguerra, Set One | | No objection |
| 3 | LinkedIn Profile of Chris Vinciguerra dated October 17, 2011 | | No objection |
| 4 | Christopher Vinciguerra's Application for Employment to 3PL dated April 16, 2007 | | |
| 5 | E-mail dated April 14, 2011 from Chris Vinciguerra | | No objection |
| 6 | Christopher Vinciguerra's 3PL employee file | | |
| 7 | 3PL Systems Confidential Information and No Solicitation Agreement signed by Christopher Vinciguerra, dated 9/24/2007 | | No objection |
| 8 | 3PL Systems Gmail Chat between Christopher Vinciguerra and James Blake, dated 2/1/2011 | | |
| 9 | E-mail dated April 11, 2011 from Christopher Vinciguerra | | No objection 11/13 |
| 10 | E-mail dated April 13, 2011 from Christopher Vinciguerra | | No objection |
| 11 | Offer letter dated April 18, 2011 to Vinciguerra from Walter Mitchell, III | | |

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 12 | 3PL Notification of Change in Employment Status for Chris Vinciguerra's Resignation, signed 4/19/2011; and Exit Interview | | |
| 13 | Trinnos Roster of Employees | | No objection |
| 14 | E-mail dated April 28, 2011, from Marc Meskin | | No objection |
| 15 | 3PL Customer List from 3PL website | | No objection |
| 16 | Trinnos Customer List | | No objection |
| 17 | Invoice from Chris Vinciguerra, dated 5/2/2011, to 3PL | | No objection |
| 18 | E-mail string | | No objection |
| 19 | Trinnos License Agreement | | No objection |
| 20 | E-mail dated May 9, 2011 from Chris Vinciguerra | | No objection |
| 21 | E-mail dated 4/20/2011 from Chris Vinciguerra | | No objection |
| 22 | Indemnification Agreement between Trinnos and Vinciguerra, dated June 10, 2011 | | |
| 23 | E-mail dated 4/20/2011, from Mitchell | | No objection |
| 24 | Exit Interview dated 4/20/2011 of Kristen Busk | | |
| 25 | Resume of Kristen Busk | | |
| 26 | E-mail dated 3/23/11 from Mr. Koroghlian | | No objection |
| 27 | E-mail dated 3/22/2011 from Kristen Busk | | No objection |
| 28 | E-mail dated 10/19/2010, with attachments, from Kristen Busk | | No objection |
| 29 | 3PL's BrokerWare Software Updates - February 2009 | — | 11/6 |

CASE No: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 30 | E-mail dated 4/9/11 from Kristen Busk to Walter Mitchell | | |
| 31 | E-mail dated 4/20/2011 from Daniel Ely | | |
| 32 | Release Planning Results 10.21.10 spreadsheet | | No objection |
| 33 | E-mail dated 4/28/2011 from Walter Mitchell | | No objection |
| 34 | Kristen Busk 3PL employee file | | No objection |
| 35 | 3PL's BrokerWare Software Updates – June 2009, dated 6/8/2009 | 11/6 | No 11/6 objection |
| 36 | E-mail dated 7/26/2011 from Kristen Busk | | |
| 37 | E-mail dated 4/19/2011 from Walter Mitchell | | No objection |
| 38 | 3PL's BrokerWare Software Updates for January 26, 2010 | | |
| 39 | E-mail dated 6/22/11 from Kristen Busk | | No objection |
| 40 | E-mail chain, Bates Mitchell6815--6816 | | No objection |
| 41 | E-mail chain, Bates Mitchell6494--6499 | | No objection |
| 42 | E-mail dated 7/21/11 from Kristen Busk | | No objection |
| 43 | E-mail chain, Bates Mtichell6808--6809 | | No objection |
| 44 | List of company names, Bates Mitchell 6316 | | No objection |
| 45 | Trinnos Technology marketing slide show | | |
| 46 | E-mail dated 4/13/2011 from Jolene Meskin | 11/13 | 11/13 |
| 47 | Letter of Understanding dated 8/8/02 | 11/6 | No 11/6 objection |
| 48 | FreightSaverUSA.com Technical Cost Projections | 11/6 | No 11/6 objection |
| 49 | Letter of Understanding dated 10/21/03 | 11/6 | No 11/6 objection |
| 50 | Mitchell's spreadsheet of Time Spent on Freight System from 2002 to 2007 | — | No 11/7 objection |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 51 | Mitchell Invoices to FredightSaver.com, DTS, and 3PL, from 2000 to 2006 | 11/6 | No objection 11/6 |
| 52 | Bylaws of 3PL Systems, Inc. signed by Mitchell on 9/1/2005 | | No objection |
| 53 | Articles of Incorporation of 3PL Systems, Inc., filed June 1, 2005 | — | No 11/8 objection |
| 54 | Handwritten notes and e-mail re: MAS90 Integration development | | — |
| 55 | Certificate of Registration for Transportation Management System, dated 2/22/05 | / | No 11/7 objection |
| 56 | Certificate of Registration for 3PL Systems - Transportation Management System, dated 06/26/07 | — | No objection 11/7 |
| 57 | Certificate of Registration for BrokerWare - Transportation Management System, dated 10/28/10 | — | No objection 11/8 |
| 58 | Email dated 11/17/2010 from Marc Meskin | 11/7 | No objection |
| 59 | Notes of Board Meeting dated 12/16/2010 | 11/8 | No objection 11/8 |
| 60 | Review of Company Results, dated December 2010, with handwritten notes, 12/16/2010 and 12/22/2010 | / | No 11/7 objection |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 61 | 61a - California Unemployment Insurance Appeal Board Decision dismissing appeal due to withdrawal re: Mitchell v 3PL, dated 6/17/2011; 61b - EDD Notice of Unemployment Insurance Claim Filed, dated 4/6/2011, 61c - Mitchell termination letter dated 3/17/2011; 61 d - EDD Notice of Determination dated 4/19/2011; 61 e - Mitchell EDD Appeal Form dated 5/4/2011 and exhibit explaining reasons for appeal | ⟋ | No objection 11/7 |
| 62 | Board Finance Meeting, dated 12/22/2010, with two receipts | ⟋ | No 11/7 objection |
| 63 | Notes titled "Jan. 25 Meeting Notes" | ⟋ | No 11/7 objection |
| 64 | CD titled "Telephone Message," voicemail recording of message from Mitchell's father to Robby Thone | | |
| 65 | 3PL Systems Split Transition Plan dated February 2, 2011 | | 11/7 |
| 66 | Letter dated 1/31/2011, re: separation of 3PL, signed by Mitchell; and calculation of expenses | | 11/7 |
| 67 | Meeting Agenda dated 1/31/2011, drafted by Mitchell | | No 11/7 objection |
| 68 | Resignation from Board of Directors, dated 4/7/2011, from Mitchell | | No 11/18 objection |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 69 | E-mail 3/17/2011, from Mitchell to Marc Meskin | — | No objection 11/7 |
| 70 | Trinnos License Agreement effective date 4/25/2011 | | No objection |
| 71 | 3PL Systems, Inc., Confidentiality Agreement signed 9/11/2007 by Jonathan Lansangan | | No objection |
| 72 | Jonathan Lansangan 3PL employee file | | |
| 73 | 3PL Customer List | — | No objection 11/7 |
| 74 | Letter dated 5/13/2011 from Mandour & Associates | | No objection |
| 75 | Trinnos website screen shots with 3PL copyright notice 2007 | | 11/7 |
| 76 | Trinnos Technology LLC Income by Customer Summary, 4/1/2011 through 1/20/12 | 11/7 | No objection 11/7 |
| 77 | Trinnos Technology LLC Customer Contact List dated 12/6/2011 | 11/7 | No objection 11/7 |
| 78 | E-mail dated 6/20/07 from Mitchell to Robby Thone | 11/6 | No objection 11/6 |
| 79 | E-mail string, latest dated 12/8/10, from iLand to Mitchell | | No objection |
| 80 | Jonathan Lansangan's Application for Employment to 3PL Systems, Inc. dated 8/29/2007 | | |
| 81 | Lansangan's Confidentiality Agreement with 3PL dated 9/11/2007 | | No objection |

CASE No: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 82 | Acknowledgement of Receipt of 3PL Systems' Employee Handbook by Lansangan, dated 10/10/2007 | | No objection |
| 83 | 3PL Systems Confidential Information and No Solicitation Agreement signed by Lansangan | | No objection |
| 84 | E-mail dated 3/17/2011 to "in office" from Rickie Krantz | | No objection |
| 85 | E-mail dated 2/14/2011 from Lansangan to "Meskin338" with attachments | | No objection |
| 86 | E-mail dated 5/5/2011 from Lansangan to Mark Meskin with attachment | | No 11/13 objection |
| 87 | E-mail dated 5/17/2011 from Lansangan to Harry Ekmekjian | | No objection |
| 88 | Trinnos Proprietary Information and Assignment of Inventions Agreement signed by Lansangan, dated 9/29/2011, Arbitration Agreement signed by Lansangan dated 9/29/2011, and Anti Harassment Policy, Substance Abuse Policy, and Employee Handbook | | No objection |
| 89 | 3PL Systems End User License Agreement form, effective date 9/18/2008 | | No objection |
| 90 | Trinnos End User License Agreement form, effective date 4/25/2011 | | No objection |
| 91 | E-mail dated 5/19/11 from Jon Lansangan to "jk" | | No objection |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 92 | E-mail string, latest dated 5/20/2011 from Lansangan to Christian Aguilar | | No objection |
| 93 | E-mail string, latest dated 5/20/2011 from Lansangan to Creative Trans | | No objection |
| 94 | E-mail string, latest dated 5/20/2011 from Lansangan to CTL Brokerage | | No objection |
| 95 | E-mail string, latest dated 5/20/2011 from Lansangan to Delx | | No objection |
| 96 | E-mail string, latest dated 5/24/11 from Lansangan to BGI Worldwide | | No objection |
| 97 | E-mail string, latest dated 5/25/2011 from Lansangan to Logistics Freight Solutions | | No objection |
| 98 | E-mail string, latest dated 5/26/2011 from Lansangan to Harry Ekmekjian of H & A Transportation | | No objection |
| 99 | E-mail dated 5/26/11 from Lansangan to Charter Transport | | No objection |
| 100 | Plaintiff Walter L. Mitchell III's Amended Notice of Deposition to Marc Meskin | | |
| 101 | Email, dated 12/20/2010, from Jolene Meskin re: Jonathon | — | No / 9 objection |
| 102 | Email from Marc Meskin to Kristen Busk re: CSA 2010 | | No objection |
| 103 | Application for BrokerWare Source Code, Year of Completion 2010, Certification date 8/4/2011 | — | No 11/7 objection |

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 104 | Defendant 3PL Systems, Inc.'s Response to Interrogatories, Set One, Propounded by Plaintiff Walter L. Mitchell, III | | No objection |
| 105 | Email dated 3/14/2011 from Marc Meskin Subject: Jon's Commissions | | No objection |
| 106 | Email from Mitchell to Tami Potvin | | No objection |
| 107 | 3PL Paycheck Acknowledgement for Lansangan, dated 2/28/2011, | —— | No 11/7 objection |
| 108 | Email, dated March 17, 2011, from Robby Thone re: 3PL Systems | | No objection |
| 109 | Photocopy of four photographs of Meskin's family | | |
| 110 | Email with photograph attachment from Marc Meskin | —— | 11/7 |
| 111 | Email from Marc Meskin with family photo attachment | | |
| 112 | Email dated 6/23/2011 from Tami Potvin with Master console | | No objection |
| 114 | 3PL Transaction Detail by Account, March 1, 2011 through October 10, 2011 [Documents Bates Labeled Confidential For Confidential - Counsel Only] | | No objection |
| 115 | Cross-Defendant Jonathan Lansangan's Amended Notice of Deposition to Jolene Meskin | | |

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 116 | Letter dated 3/8/2011, from Jolene Meskin to "Mitch" | ⌐ | No 11/9 objection |
| 117 | E-mail dated 3/8/2011 from Mitchell | ⌐ | No 11/9 objection |
| 118 | E-mail, dated 12/20/2010, from Jolene Meskin | | No objection |
| 119 | E-mail dated 4/20/2011, from Jolene Meskin | | No objection |
| 120 | Cross-Defendant Christopher Vinciguerra's Amended Notice of Deposition to Gay Derusha | | |
| 121 | Subpoena to Testify at a Deposition in a Civil Action to Gay Derusha | | |
| 122 | E-mail from Mitchell to Marc Meskin re: Gay processing payroll | | No objection |
| 123 | Cross-Defendant Jonathan Lansangan's Amended Notice of Deposition to Tami Potvin | | |
| 124 | Subpoena to Testify at a Deposition in a Civil Action, to Tami Potvin | | |
| 125 | Wells Fargo Business Card statement dated 2/19/2009, prepared for Walter Mitchell | | No objection |

CASE NO: SACV11-00534 AG(ANx)

**EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION**

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 126 | 126a – Wells Fargo 1/2011 – 3PL135 | | No objection |
| | 126b - WF 12/29/10 (JL) – 3PL 136 | | |
| | 126c – WF 11/18/10 (JL). – 3PL 137-138 | | |
| | 126d – WF 10/20/10 (JL) – 3PL 139-140 | | |
| | 126e – WF 9/21/10 (CV) – 3PL 141-142 | | |
| | 126f – WF 9/21/10 (JL) – 3PL 143-144 | | |
| | 126g – WF 8/20/10 (JL) – 3PL 145-146 | | |
| | 126h – Limo receipt 8/7/10 – 3PL 147 | | |
| | 126i – Email 8/1/10 – 3PL 148 | | |
| | 126j – WF 7/21/10 (JL) – 3PL 149-150 | | |
| | 126k – Ring order 7/8/10 – 3PL 151-152 | | |
| | 126L – Brookstone order 6/29/10 – 3PL 153-154 | | |
| | 126m – Ticket payment receipt – 3PL 155 | | |
| | 126n – Email chain end 2/14/11 – 3PL 156 | | |
| | 126o – Email chain end 3/4/11 – 3PL 157 | | |
| | 126p – Email chain end 2/23/11 – 3PL 158-159 | | |
| | 126q – Email chain end 2/22/11 – 3PL 160 | | |
| | 126r – Email chain end 1/18/11 – 3PL 161-162 | | |
| | 126s – Email chain end 1/18/11 – 3PL 163 | | |
| | 126t – Email chain end 1/18/11 – 3PL 164 | | |
| | 126u – Email chain end 1/17/11 – 3PL 165 | | |
| | 126v – Email 12/22/10 – 3PL 167 | | |

CASE NO: SACV11-00534 AG(ANx)
EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 127 | 127a – WF 12/18/07 (WM) – 3PL 253<br>127b – WF 2/18/08 (WM) – 3PL 254<br>127c – Hawaii hotel stmt and receipt 1/20/08 – 3PL 255-259 | | No objection |
| 128 | 3PL Business Credit Card Posting and Payment Procedures | | No objection |
| 129 | E-mail dated 6/23/2011, from Tami Potvin | | No objection |
| 131 | Plaintiff Walter L. Mitchell III's Amended Notice of Deposition to Robby Thone | | |
| 132 | Email, dated 1/4/11 from Robby Thone to Marc Meskin, Fwd: Conversation with Walt 8:00 AM today | | No objection |
| 133 | Email, dated 3/18/11, from Marc Meskin to Mike Fuhrman | | No objection |
| 134 | Email from Robby Thone to Marc Meskin | | No objection |
| 136 | Email, dated 2/9/11, from Cody Saunders to Marc Meskin, with Attached draft proposal | — | No objection 11/7 |
| 137 | Individual Consulting Agreement between Cody Saunders and 3PL | — | No objection 11/8 |
| 138 | Email, dated 2/24/11, from Cody Saunders to Marc Meskin | 11/8 | 11/8 |
| 139 | Portions of e-mail from Cody Saunders | 11/7 | 11/8 |
| 140 | Plaintiff Walter L. Mitchell III's Amended Notice of Deposition to Arthur Koroghlian | | |
| 141 | Subpoena to Testify at a Deposition in a Civil Action to Arthur Koroghlian | | |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 142 | E-mail dated 2/27/2011, from Cody Saunders | 11/8 | No 11/8 objection |
| 143 | E-mail dated 3/16/2011, from Koroghlian | | No objection |
| 144 | Access Denied, Granted and Other Badge Events, printed by iLand, access log for 3/17/11 | | No objection |
| 145    A | Various documents   A1-A2 | — | No 11/8 objection |
| 145B | iLand Customer Contact Form | | No objection |
| 146 | E-mail dated 3/17/2011, from Koroghlian | — | No 11/8 objection |
| 147 | An e-mail chain from Vinciguerra, dated 3/18/11 | | No objection |
| 148 | An e-mail from Koroghlian dated 3-18-11 | | No objection |
| 149 | An e-mail from Koroghlian dated 3-23-11 | | No objection |
| 150 | Email from iland dated 1/18/12 | | No objection |
| 151 | Email from Koroghlian dated 4/12/11 | — | No 11/8 objection |
| 152 | Email from Busk dated 1/24/11 | | No objection |
| 153 | Mitchell's 1099s from DTS 2003--2005 (Misnumbered Exhibit 150 for MSJ) | 11/8 | No 11/8 objection |
| 154 | Mitchell's 1099s from 3PL 2005--2007 (Misnumbered Exhibit 151 for MSJ) | — | No 11/8 objection |
| 155 | Various documents: Mitchell's W-2 Forms from Hyundai 2001-2003; Mitchell's 1099 forms from Mountain Logistics 2006 & 2007, 1099 form from Variable Speed Solutions, Inc. 2006; 1099 form from Echo Global Logistics 2007(Misnumbered Exhibit 152 for MSJ) | — | No objection 11/8 |
| 156 | 2005 TMS Source Code | 11/7 | No 11/8 objection |
| 157 | 2007 TMS Source Code | | No objection |

CASE No: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 158 | 2010 TMS Source Code | | No objection |
| 159 | Declaration of Mitchell in Support of Plaintiff's Motion for Partial Summary Judgment on Defendants' Copyright Claims and Alternatively for Summary Adjudication on Copyright Issues | | No objection |
| 160 | Declaration of Mitchell in Support of Plaintiff's Opposition to 3PL's Motion for Summary Judgment | | No objection |
| 161 | Letter from Walter Mitchell to 3PL, April 7, 2011 | | |
| 162 | Letter from Richard Greenberg to Walter Mitchell, April 29, 2011 | — | 11/8 |
| 163 | Jonathan Lansangan's LinkedIn Connections list | | |
| 164 | Walter Mitchell's LinkedIn Connections list | | |
| 165 | Robby Thone's LinkedIn Connections list | | |
| 166 | 3PL Systems Testimonials © 2009 | | |
| 167 | 3PL response to Mitchell RFA, set one – 8/19/11 | | No objection |
| 168 | 3PL response to Mitchell RPD, set one – 8/19/11 | | No objection |
| 169 | 3PL supplemental response to Mitchell RFA, set one – 9/15/11 | | No objection |
| 170 | 3PL supplemental response to Mitchell RPD, set one – 9/15.11 | | No objection |

CASE No: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 171 | 3PL response to Mitchell ROG, set one – 1/4/12 | | No objection |
| 172 | 3PL supplemental response to Mitchell RFA, set one – 1/4/12 | | No objection |
| 173 | 3PL supplemental response to Mitchell ROG, set one - 1/30/12 | | No objection |
| 174 | 3PL response to Mitchell RPD, set two – 2/6/12 | | No objection |
| 175 | 3PL response to Lansangan RPD, set one – 2/21/12 | | No objection |
| 176 | 3PL response to Vinciguerra ROG, set one – 2/21/12 | | No objection |
| 177 | 3PL supplemental response to Lansangan RPD, set one – 3/7/12 | | No objection |
| 178 | 3PL supplemental response to Vinciguerra ROG, set one – 3/13/12 | | No objection |
| 179 | 3PL supplemental response to Mitchell ROG, set one – 4/18/12 | | No objection |
| 180 | 3PL supplemental response to Mitchell RFA, set one – 4/18/12 | | No objection |
| 181 | Rule 26 Rebuttal Expert Report (and Exhibits) of Dr. David Nolte | 11/14 | |
| 200 | E-mail string, latest dated 6/1/2011 from Pontiac Logistics to Lansangan | | |
| 201 | E-mail dated 6/29/2011 from Lansangan to Jerry Gilbert | | |
| 202 | E-mail string, latest dated 7/6/2011 from Lansangan | | |

see
last
page
187

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 203 | E-mail string, latest dated 7/7/2011 from Lansangan | | |
| 204 | E-mail string, latest dated 7/13/2011 from Lansangan | | |
| 205 | E-mail string, latest dated 5/17/2011 from Lansangan | | |
| 206 | Plaintiff Walter L. Mitchell III's Supplemental Responses to Defendant 3PL Systems, Inc.'s Interrogatories (Set Two) | | |
| 207 | Plaintiff Walter L. Mitchell III's Responses to Defendant 3PL Systems, Inc.'s Requests for Admission (Set One) | | |
| 208 | License Agreement between Mitchell and Trinnos, dated 5/1/2011, and Amendment dated 1/1/2012 | | No objection |
| 209 | Notice of Taking Deposition of Trinnos Technology LLC Pursuant to FRCP 30 (b) (6) | | |
| 210 | Trinnos Software Proposal and Service Agreement, dated 5/4/2011; EULA effective 4/25/2011 | | No objection |
| 211 | 3PL Transportation Management System Software Proposal and Service Agreement dated 8/29/2007 and EULA effective 4/10/2005 | | No objection |
| 212 | Trinnos Technology PowerPoint presentation | | No objection |
| 213 | E-mail dated 5/4/2011 from Mitchell to Wally Brauer | | No objection |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 214 | 3PL BrokerWare Software Proposal and Service Agreement dated 6/29/2010 and EULA effective 9/18/2008 | | No objection |
| 215 | E-mail string, latest dated 2/20/2012 from Dan LaValle to Mitchell | | |
| 216 | TMS/MAS 90 Integration Requirements, dated March 19, 2003, Revision 2 | 11/6 | No objection 11/6 |
| 217 | 3PL's Copyright Registration No. Txu 1-766-312, dated July 12, 2011 | — | 11/7 |
| 218 | Email from Mitchell to Meskin dated 3/12/03, Subject line "FW: MAS 90 Proposal" | | |
| 219 | Email from Mitchell to ACSG and Meskin dated 3/19/03, subject line "Programming Specs Revision", plus attachment "TMS/MAS 90" March 19, 2003 Revision 2; | — | 11/6 |
| 220 | Diversified Transportation MAS 90 Accounting System Proposal, signed 3/24/03; | | |
| 221 | Brokerware Update email from 3PL, dated 10/4/10, | | |
| 222 | [deleted] Mitchell's Complaint for Copyright Infringement, filed 4/7/11; | | |
| 223 | Mitchell's Supplemental Responses to 3PL's Special Interrogatories, Set two, | | |
| 224 | Mitchell's Responses to 3PL's Interrogatories, Set One | | |
| 225 | 3PL's Articles of Incorporation, dated 6/1/05; | | No objection |

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 226 | Minutes of the Organization Meeting of the Incorporator of 3PL, dated 6/1/05 | | No objection |
| 227 | Certificate of Shares of 3PL given to Mitchell, dated 9/1/05 | | No objection |
| 228 | Minutes of the Annual Meeting of Shareholders of 3PL, dated 9/1/05 | | No objection |
| 229 | Mitchell's Responses to 3PL's Request for Admission, Set One | | |
| 230 | Mitchell's Responses to 3PL's Interrogatories, Set Two | | |
| 231 | Emails from ILAND dated 3/16/11-3/17/11; bates labeled ILAND000034-000046 | | No objection |
| 232 | Trinnos license agreements, Mitchell 8338-8341; Mitchell 00001-00002 | | No objection |
| 233 | Proprietary Information and Assignment of Inventions Agreement, Mitchell 8342-8347 | | No objection |
| 234 | License Agreement between Mitchell and Trinnos, dated 5/1/11, and Amendment dated 1/1/12; Mitchell 8326-8332 | ⟶ | No objection 11/7 |
| 235 | Emails from Lansangan to Trinnos customers/previous 3PL customers, Mitchell 6854-7047 | | No objection |
| 236 | Trinnos Software demonstration site  (HTML files) | | |
| 237 | 3PL Software demonstration site  (HTML files) | | |
| 238 | 3PL Website screenshots (HTML files) | | |

CASE No: SACV11-00534 AG(ANx)
**EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION**

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 239 | Trinnos website screenshots (HTML files) | | |
| 240 | Rule 26 report by Skorheim and exhibits | 11/9 | |
| 241 | Emails bates 3PL 1996-1999 | | |
| 242 | Email bates 3PL 1998 | | |
| 243 | Email bates 3PL 2002 | | |
| 244 | Payment by 3PL, bates 3PL 2049 | | No objection |
| 245 | Invoices to 3PL, bates 3PL 2050-2055 | | No objection |
| 246 | Payments to Mitchell, bates 3PL 2056-2059 | | No objection |
| 247 | 3PL Copyright Transfer Agreement | 11/6 | 11/6 |
| 248 | PowerPoint presentation, bates 3PL 3365-3382 | 11/6 | 11/6 |
| 249 | Email bates 3PL 1980-1981 | | |
| 250 | Email bates 3PL 1982 | | |
| 251 | 3PL Software Updates, bates 3PL 1891-1900 | 11/6 | 11/6 |
| 252 | 3PL Customer license agreements, bates 3PL 1080-1769 | | No objection |
| 253 | Trinnos transition outline, bates Mitchell 6264 | | No objection |
| 254 | Emails bates Mitchell 6118-6263 | | No objection |
| 255 | Emails bates Mitchell 6494-6499 and 6791-6818 | | No objection |
| 256 | Trinnos proposals, bates Mitchell 6500-6663 | | No objection |
| 257 | Trinnos invoices, bates Mitchell 6683-6789 | | No objection |
| 258 | Emails bates Mitchell 7082-7083 | | No objection |
| 259 | Handwritten notes, bates Mitchell 7108-7110 | | No objection |
| 260 | Emails bates Mitchell 7111-7115 | | No objection |
| 261 | Emails bates Mitchell 7118-8120 | | No objection |
| 262 | Emails bates Mitchell 8121-8230 | | No objection |

CASE NO: SACV11-00534 AG(ANx)
EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 263 | Trinnos License Agreement, bates Mitchell 8338-8341 | | No objection |
| 264 | License agreement, Mitchell 8326-8332 | | No objection |
| 265 | Email bates Mitchell 3333-3334 | | No objection |
| 266 | Proprietary Information and Assignment of Inventions Agreement, Mitchell 8342- | | |
| 267 | Mitchell Response to 3PL's RFP, Set One | | |
| 268 | Trinnos Response to 3PL's RFP, Set One | | |
| 269 | Lansangan Response to 3PL's RFP, Set One | | |
| 270 | Vinciguerra Response to 3PL's RFP, Set One | | |
| 271 | Emails, bates BATLOG 244-298; 299-376 | | |
| 272 | Emails, bates FREIGHTWATCHERS 00011-000143 | | |
| 273 | Emails to Performance Plus, dated May 23, 2011 through August 8, 2011 | | |
| 274 | Emails to Compass Distributing, dated May 20, 2010 - July 26, 2011 | | |
| 275 | Emails to Flyer Logistics, dated May 17, 2011 - July 1, 2011 | | |
| 276 | Emails to Global Xoom, Inc, dated May 19, 2011 - July 26, 2011 | | |
| 277 | Emails to USA Management Systems, Inc. dated May 11, 2011 - July 26, 2011 | | |
| 278 | Emails to DTI, dated May 5, 2011 - June 24, 2011 | | |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 279 | Supplemental Expert Witness Report of James M. Skorheim dated June 12, 2012, and Updated Exhibits C, D, F.3, and F | | |
| 280 | 3PL Systems, Inc. Lost Clients File (240-E.1) | 11/8 | 11/8 |
| 281 | Monies paid to Chris Vinciguerra File (240-F.1) W-2 Wage and Tax Statements to Chris Vinciguerra, 2007-2010 (240-F.1, F.2) *not page 1* | 11/8 | 11/8 |
| 282 | W-2 Monies Paid, Wage and Tax Statements to Jonathan Lansangan 2007-2010 File (240-F.2) | | 11/9 |
| 283 | Monies paid to Walter Mitchell 2005—2011 by 3PL Systems, Inc. File (240-F.3) *283-2 to 283-32* | — | 11/8 |
| 284 | Monies paid to Walter Mitchell pre 2005 by DTM Services, Inc. File (240-F.4) *p. 2-68* | — | 11/9 |
| 285 | Costs for Accounting Integration paid by DTM prior to going live 01/01/2005 (240-F.5) *p. 2-36* | — | 11/9 |
| 286 | Costs for Accounting Integration Post 2005 (240-F.6) | — | 11/9 |
| 287 | Avoided Cost - DTM Employees who contributed to development of software (240-F.7) *p. 2-12* | — | 11/9 |
| 288 | Payment History Report for Dihn website customization (240-F.8) | — | 11/9 |
| 289 | Programming costs for Quan Hoang, 2008-2009 (240-F.9) | — | 11/9 |
| 290 | Payments to Arthur Koroghlian (240-F.10) | — | 11/9 |
| 291 | W-2 Wage and Tax Statements for 3PL *p 1-8* Employees prior to 03/17/2011 (240-F.11) | — | 11/9 |

CASE No: SACV11-00534 AG(ANx)
EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|-----|-------------|------------|----------|
| 292 | 3PL Uncollectable  A/R (240-G.1) | 11/9 | |
| 293 | Security Service Costs (240-G.2) | 11/9 | |
| 294 | Locksmith Services Work Order Invoice (240-G.3) | | |
| 295 | Excess Internal Accounting - Jolene Meskin Services (240-G.4) | 11/7 | |
| 296 | Recruiting Costs (240-G.5) | | |
| 297 | Invoices for Placement of Candidates (240-G.6) | | |
| 298 | Receipts for Vinciguerra travel (240-G.7) | | |
| 300 | 3PL Employees Retention Payments Post 03/17/2011 (240-G.8) | | |
| 301 | 3PL Systems Inc. Active Client List (240-H.5) | | |
| 302 | 3PL Systems Inc. Financials from Quickbooks 2005—2012 (240-H.6) | | |
| 303 | 3PL Systems Inc. General Ledger as of 12/31/2011 (240-I.1); Cody Saunders Costs (240-I.1) | | |
| 304 | AK Enterprises Costs (240-I.2) | | |
| 305 | CBR Technology Corp. (Christoph Riechert) Costs (240-I.3) | | |
| 306 | Costs for Discover Software Inc. (240-I.4) | | |
| 307 | Costs for Yarshevich Vladimir Vasilevich (240-I.5) | | |
| 308 | Costs for Array Systems, Inc. (240-I.6) | | |
| 309 | Payments to Ali Raza (240-I.7) | | |
| 310 | Costs for Genetech Solutions (240-I.8) | | |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING  WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 311 | 3PL Systems Inc. General Ledger as of 12/31/2010 (240-I.9) | 11/9 | |
| 312 | Receipts and Statements from Hawaii Trip (240-I.10) | | |
| 313 | 3PL Lost Profits Growth Rate Comparison (Chart 1) | | |
| 314 | 3PL Lost Profits Growth Rate Comparison (Chart 2) | | |
| 315 | 3PL Future Lost Profits Present Value Comparison (Chart 3) | 11/13 | |
| 316 | Chart D - Summary of Damages | 11/14 | |
| 317 | Chart E.1 - Unjust Enrichment | | |
| 318 | Chart E - Customer Revenues | | |
| 319 | Chart F.1 - Payments to Cross-Defendants | 11/13 | |
| 320 | Chart F.2 - Other Costs | | |
| 321 | Chart F - Unjust Enrichment - Cost to Develop and Protect Software and Trade Secrets | 11/9 | |
| 322 | Chart G - Misappropriation Actual Harm | | |
| 323 | Chart H - 3PL Projected Lost Profits | | |
| 324 | Chart I.1 - Breach of Fiduciary Duty - Other Costs | | |
| 325 | Chart I - Breach of Fiduciary Duty | | |
| 326 | Example 1 - Discount Rate - Rate of Return Calculation | | |
| 327 | Example 2 - Discount Rate - Rate of Return Calculation | | |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 328 | Example 3 - Discount Rate - Rate of Return Calculation | | |
| 329 | Example 4 - Discount Rate - Rate of Return Calculation | | |
| 330 | Recovery of Damages for Lost Profits, Vol. 1, 6th Edition, September 2011, Robert L. Dunn, pp. 172-179 | | |
| 331 | Recovery of Damages for Lost Profits, Vol. 1, 6th Edition, Robert L. Dunn, pp. 541-551 | | |
| 332 | DTS Webpage - Freight Services | | |
| 333 | E-Mail from Kristin Busk dated 05/24/2010 re: BrokerWare Software Updates – may 2010 | | |
| 334 | Diversified Transportation Services Transaction Summary Report dated March 2005 | | |
| 335 | Stipulations of Fact for Jury Instruction 2.2 | — | 11/15 |
| 336 | Summary of Security Bill | 11/7 | 11/7 |
| 187 | Skorheim Bill | | 11/13 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CASE NO: SACV11-00534 AG(ANx)

EXHIBITS LIST, SHOWING WHICH EXHIBITS MAY BE RECVD INTO EVID WITHOUT OBJECTION