# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 11-0534-AG(ANx) |
| Date | March 11, 2013 |
| Title | WALTER L. MITCHELL III v 3PL SYSTEMS INC. |

Present: The Honorable ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gordon Gray | Matthew Wegner |
| Craig McLaughlin | Janet Park |

**Proceedings:** CROSS-DEFENDANTS FRCP 50(b) AND 59, MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL AS TO 3PL SYSTEMS' FRAUDULENT CONCEALMENT, NEGLIGENT MISREPRESENTATION AND BREACH OF FIDUCIARY DUTY CLAIMS [DKT #200]

Cause is called for hearing and counsel make their appearances. Matter is argued. The Court orders that the tentative ruling shall become the order of the Court. Motion DENIED. A separate order denying motion to issue.

                                                                  : 20

Initials of Preparer   lmb