WHEN RECORDED MAIL TO:
Matthew A. Berliner
Brown, Wegner & Berliner LLP
2603 Main Street, Suite 1050
Irvine, California 92614

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter L. Mitchell, III, <br><br> PLAINTIFF(S), <br> v. <br><br> 3PL Systems, Inc., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SACV11-00534 AG(ANx) <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 04/10/2013
in favor of 3PL Systems, Inc.
whose address is 19829 Hamilton Avenue, Torrance, California 90502
and against Walter L. Mitchell, III
whose last known address is 5822 Carbeck Drive, Huntington Beach, California 92648
for $ 1,274,542.00       Principal, $ 254.21       Interest, $ 0       Costs,
and $ 0       Attorney Fees.

ATTESTED this   27th   day of   June  , 20 13.
Judgment debtor's driver's license no. and state;       (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number;   5743   (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

**FOR OFFICE USE ONLY**

Judgment debtor's attorney's name and address and/or address at which summons was served:

Mandour & Associates, APC
16870 West Bernardo Drive, Suite 400
San Diego, California 92127

CLERK, U.S. DISTRICT COURT

By ADRIAN DELGADO
Deputy Clerk

1188

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)              ABSTRACT OF JUDGMENT/ORDER