AO 121 (6/90)

| TO: Register of Copyrights, Copyright Office, Library of Congress, Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

FILED 2011 APR -7 AM 10:44 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>US District Court, Central District of California |
|---|---|---|
| DOCKET NO.<br>SACV11-00534 MLG | DATE FILED | |
| PLAINTIFF<br>WALTER L. MITCHELL III, an individual | | DEFENDANT<br>3PL SYSTEMS, INC., a California Corporation |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TXu 1-223-899 | Transportation Management System | Walter Lee Mitchell III |
| 2 TX 6-645-508 | 3PL Systems - Transportation Management System | Walter Lee Mitchell III |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☒ Judgment | ☒ Yes ☐ No | 4/09/13 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | Ramona La Chapelle | 4/11-13 |

DISTRIBUTION:

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

FILED BY FAX