# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0534-AG(ANx) | Date | April 8, 2013 |
| Title | WALTER L. MITCHELL III v 3PL SYSTEMS INC. | | |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gordon Gray | Matthew Berliner |
| Craigh McLaughlin | Janet Park |

**Proceedings:**    3PL SYSTEMS' MOTION FOR PERMANENT INJUNCTION [DKT #217]

Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

                                                   :    10

Initials of Preparer    lmb