1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL, III, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3PL SYSTEMS, INC., a California Corporation,<br><br>　　　　Defendant. | Case No.: SACV11-00534 AG(ANx)<br><br>**ORDER GRANTING PERMANENT INJUNCTION AGAINST CROSS-DEFENDANTS** |
| 3PL SYSTEMS, INC., a California corporation,<br><br>　　　　Cross-Complainant,<br><br>　v.<br><br>WALTER L. MITCHELL, III, an individual, JONATHAN LANSAGAN, an individual, CHRISTOPHER VINCIGUERRA, an individual, TRINNOS TECHNOLOGY LLC, a California Limited Liability Corporation, and ROES 1 – 10, inclusive,<br><br>　　　　Cross-Defendants. | |

Cross-Complainant 3PL Systems, Inc. ("3PL") filed its Motion for Permanent Injunction against Cross-Defendants. Upon consideration of the motion and the papers on file in this action, and good cause appearing therefor,

IT IS ORDERED that Cross-Defendants Walter L. Mitchell III and Trinnos Technology LLC shall be and are hereby permanently enjoined from any of the following activities:

1. From infringing or contributing to the infringement of 3PL Systems, Inc.'s copyrighted work identified in Copyright Registration No. TXu 1-766-312;

2. From making, offering for license, licensing, offering for sale, selling, reproducing, preparing derivative works, distributing copies of, or otherwise using within the United States any product that includes 3PL's copyrighted work identified in Copyright Registration No. TXu 1-766-312;

3. Inducing, aiding, or assisting others in infringing upon 3PL's copyrighted work identified in Copyright Registration No. TXu 1-766-312;

This injunction shall take effect 60 days after it is entered.

IT IS SO ORDERED.

DATED: 4/16/13

**HON. ANDREW J. GUILFORD**
United States District Judge