```
 1  Ben T. Lila, Esq.
    blila@mandourlaw.com
 2  Gordon E. Gray III, Esq.
 3  ggray@mandourlaw.com
    Joseph Abraham Mandour III, Esq.
 4  jmandour@mandourlaw.com
    MANDOUR & ASSOCIATES
 5  16870 West Benardo Drive, Suite 400
 6  San Diego, CA 92127
    Telephone:  (858) 487-9300
 7  Facsimile:  (858) 487-9390

 8
    Joseph A. Walker, Esq., SBN 47223
 9  jwalker@twlf.net
    Jason Matthew Lamb, Esq., SBN 222191
10  jlamb@twlf.net
    THE WALKER LAW FIRM, APC
11  1301 Dove Street, Suite 720
12  Newport Beach, CA 92660-2464
    Telephone:  (949) 752-2522
13  Facsimile:  (949) 752-0439

14
    Attorneys for Plaintiff and Cross-Defendant
15  WALTER L. MITCHELL, III
    and TRINNOS TECHNOLOGY, LLC
16
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL, III, an Individual, | Case No.: SACV11-00534 AG(ANx) |
| Plaintiff, | |
| vs. | |
| 3PL SYSTEMS, INC., a California corporation, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| Defendant. | |
| 3PL SYSTEMS, INC., a California corporation, | |
| Cross-Complainant, | |
| vs. | |
| WALTER L. MITCHELL, III, an individual, JONATHAN LANSAGAN, an individual, CHRISTOPHER VINCIGUERRA, an individual, | |

W3117-1.NOTICE OF ASSOCIATION

```
 1  TRINNOS TECHNOLOGY, LLC, a            )
    California Limited Liability          )
 2  Corporation, and ROES 1 - 10          )
    Inclusive,                            )
 3                                        )
 4              Cross-Defendant.
```

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that The Walker Law Firm, APC, 1301 Dove Street, Suite 720, Newport Beach, California 92660-2464, hereby associates as counsel with Mandour & Associates on behalf of Plaintiff and Cross-Defendant, WALTER L. MITCHELL, III in the above-captioned action.

DATED: 7/26, 2013

THE WALKER LAW FIRM,
A Professional Corporation

By: _____
JOSEPH A. WALKER
Attorneys for Plaintiff and
Cross-Defendant, WALTER L.
MITCHELL, III and TRINNOS
TECHNOLOGY, LLC

DATED: 7/27, 2013

WALTER L. MITCHELL, III

By: _____
WALTER L. MITCHELL, III, an
Individual

W\3117-1.NOTICE OF ASSOCIATION