# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL, III, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>3PL SYSTEMS, INC., a California Corporation,<br><br>        Defendant. | Case No.: SACV 11-00534 AG(ANx)<br><br>**ORDER GRANTING REQUEST TO SEIZE AND SELL PROPERTY OF JUDGMENT DEBTOR WALTER L. MITCHELL III** |
| 3PL SYSTEMS, INC., a California corporation,<br><br>        Cross-Complainant,<br><br>    v.<br><br>WALTER L. MITCHELL, III, an individual, JONATHAN LANSAGAN, an individual, CHRISTOPHER VINCIGUERRA, an individual, TRINNOS TECHNOLOGY LLC, a California Limited Liability Corporation, and ROES 1 – 10, inclusive,<br><br>        Cross-Defendants. | **Judgment entered:   April 10, 2013**<br>**Complaint filed:      April 7, 2011** |

# ORDER

**TO THE U.S. MARSHALS SERVICE:**

**YOU ARE HEREBY AUTHORIZED TO:**

1. Seize and sell, according to law, any of the personal property of Judgment Debtor Walter L. Mitchell III that is not exempt from seizure, as will be sufficient to satisfy the Judgment Creditor 3PL Systems, Inc.'s demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located. Below is a partial list of property and their locations, which shall be seized and sold:

   a. 2013 Volkswagen TDI Wagon, VIN No. 3VWPL7AJ8DM682812, License Plate: 7AUY547, Registered to Walter L. Mitchell, III, Color: White; located at 9362 Candlewood Drive, Huntington Beach, CA 92646;

   b. Lexus RX450 SUV, License Plate: 6NTF662, Registered to Walter L. Mitchell III, Color: Beige; located at 9362 Candlewood Drive, Huntington Beach, CA 92646;

   c. Original Stock Certificate(s) representing securities described as at least 3500 shares of common stock of 3PL Systems, Inc., located at 9362 Candlewood Drive, Huntington Beach, CA 92646.

2. The United States Marshal accomplishing such seizure shall employ whatever reasonable force, that is necessary to break open and enter the premises of Mitchell, and/or the location to be search, regardless whether said premises and/or locations are locked or unlocked or occupied or unoccupied and to inspect the contents of any room, closets, cabinets, vehicles, containers or desks, or documents.

3. The U.S. Marshals Service is authorized to hire a substitute custodian to store and sell the seized property of Judgment Debtor Walter L. Mitchell III.

4. The United States Marshal for the Central District of California or its authorized substitute custodian shall deposit proceeds of all sales with the Judgment Creditor 3PL Systems, Inc. after deducting statutory fees and statutory expenses.

5. This Order may be served by an authorized process server affiliated with DDS Legal Services.

IT IS SO ORDERED.

DATED:     October 25     , 2013

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

3                    CASE NO: SACV11-00534 AG(ANx)
**ORDER GRANTING REQUEST TO SEIZE AND SELL PROPERTY OF JUDGMENT DEBTOR WALTER L. MITCHELL III**