# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0534-AG(ANx) | Date | October 21, 2013 |
| Title | WALTER L. MITCHELL III v 3PL SYSTEMS INC. | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Walker | Janet Park |

**Proceedings:**  HEARING ON APPLICATION FOR ORDER TO SEIZE AND SELL PROPERTY OF JUDGMENT DEBTOR WALTER L MITCHELL III


Cause is called for hearing and counsel make their appearances.  Matter is argued and taken under submission.



                                                                                        :    15

Initials of Preparer   lmb