# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. MITCHELL III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>3PL SYSTEMS, INC., a California Corporation,<br><br>Defendant.<br><br>And Related Counterclaims. | Civil Case No. SACV11-00534 AG (ANx)<br><br>**SATISFACTION OF JUDGMENT** |

\\
\\
\\
\\
\\
\\

1  A judgment was entered in the above entitled action on April 9, 2013 in
2  favor of 3PL SYSTEMS, INC. for the sum of $1,274,542.00 against WALTER L.
3  MITCHELL III and $205,907.00 against WALTER L. MITCHELL III and
4  TRINNOS TECHNOLOGY, LLC (Dkt. #226) and said judgment has been paid.
5  It is certified that there are no outstanding executions with any sheriff or Marshall
6  within the State of California.
7  THEREFORE, satisfaction of said judgment is hereby acknowledged, and
8  The Clerk is hereby authorized and directed to make an entry of satisfaction on the
9  docket of said judgment.

By: Marc Meskin
President
3PL SYSTEMS INC.

ACKNOWLEDGMENT

State of California

County of _Los Angeles_ )

On _01/21/15_ before me, _B. TAKIGUCHI, NOTARY PUBLIC_ personally appeared _MARC MESKIN_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

B. TAKIGUCHI
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1992765
LOS ANGELES COUNTY
My Comm. Exp. October 28, 2016

Signature _____ (Seal)

Civil Case No. SACV11-00534 AG (ANx)
SATISFACTION OF JUDGMENT

2